IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 26 A 10: 34

ANTONIO MARTINEZ 31731 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 3:06CV480-MEF
)  (To be supplied by Clerk of
SHERIFF JAY JONES )   U.S. District Court)
)
CHIEF DEPUTY CAREY TORBERT JR. )
)
Dr. JOHN McFARLAND )
)
_____ )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS

　　A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

　　B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (✓)  NO ( )

　　C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

　　　　1.  Parties to this previous lawsuit:

　　　　　　Plaintiff(s) ANTONIO MARTINEZ

　　　　　　Defendant(s) NURSE LINDA STEWART AND Dr. JOHN McFARLAND

　　　　2.  Court (if federal court, name the district; if state court, name the county) UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

3. Docket number 3:06-CV-257-MHT

4. Name of judge to whom case was assigned
   VANZETTA PENN MCPHERSON

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   STILL PENDING

6. Approximate date of filing lawsuit 3/29/06

7. Approximate date of disposition STILL PENDING

II. PLACE OF PRESENT CONFINEMENT LEE COUNTY DETENTION CENTER, LEE COUNTY ALABAMA

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED LEE COUNTY DETENTION CENTER

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                         ADDRESS
1. SHERIFF JAY JONES            2311 GATEWAY DRIVE, OPELIKA, AL 36801
2. MAJOR CAREY TORBERT JR       P.O. BOX 2407 OPELIKA, AL 36801
3. DR JOHN MCFARLAND            2000 PEPPERELL PKWY, OPELIKA, AL 36801
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED APRIL 4TH, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: THERE ARE NO SAFETY BARS TO HOLD GETTING OUT OF THE SHOWER

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

THERE ARE NO HANDICAP BARS INSIDE, OR OUTSIDE OF SHOWER. ON 4/28/06 I GOT OUT OF THE SHOWER AND FELL AND BROKE 2 OF MY FINGERS. ONE OTHER FINGER IS DISLOCATED

**GROUND TWO:** ITS NOW 5/23/06, AND I'VE NOT HAD ANYTHING DONE ABOUT IT YET.

**SUPPORTING FACTS:** ON DATES MAY 2, 11, 16, 24, ~~2006~~ I'VE BEEN TO THE DOCTOR, AND ALL I'VE HAD DONE IS HAD THEM TAPED UP, AND NOT SET.

**GROUND THREE:** I'M NOT RECIVING PROPER MEDICAL ATTENTION.

**SUPPORTING FACTS:** MY FINGERS HAVN'T BEEN FIXED AFTER ALMOST 1 (ONE) MONTH

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

TO HAVE THE NAMED DEFENDANT PUT IN SAFETY RAILS IN, AND OUT OF SHOWER, AND IMBURSE ME FOR PAIN AND SUFFERING, AND PAY FOR ANY MEDICAL BILLS INCURRED

X _____
/ Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 05/24/06
           (Date)

_____
Signature of plaintiff(s)

4