IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANTONIO MARTINEZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:06-cv-00480-MEF-VPM |
| | ) |
| JAY JONES, et. al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER**

COME NOW Sheriff Jay Jones, Major Cary Torbert, and Dr. John McFarland, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 28 days in which to file in which to file their Special Report and Answer which are currently due on July 11, 2006, and July 12, 2006 (respectively). As grounds for this Motion, the Defendants state as follows:

1. On June 1, 2006, this Court ordered the Defendants to file their Special Report within 40 days of the date of the Order, which would be July 11, 2006. The Defendants were served with the Complaint and Order for Special Report on June 2, 2006, making their Answer due July 12, 2006.

2. Defendants are in need of additional time in order to fully investigate the Plaintiff's claims and provide the Court with a meaningful Special Report.

3. Defendants have not previously filed a request for an extension of time to file their Special Report and Answer.

4. The Plaintiff will not be prejudiced by this extension.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., and Dr. John McFarland request this Court to grant them an extension of time to file their Special Report and Answer on or before August 8, 2006.

Respectfully submitted this 28th day of June, 2006.

        **s/Amanda Kay Morgan**
        AMANDA KAY MORGAN Bar No. ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of June, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Antonio Martinez
    Lee County Detention Center
    PO Box 2407
    Opelika, AL 36801

        **s/Amanda Kay Morgan**
        OF COUNSEL