**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ANTONIO MARTINEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:06-cv-00480-MEF-VPM** |
| | ) | |
| **JAY JONES, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR**
**SPECIAL REPORT AND ANSWER**

COME NOW Sheriff Jay Jones, Major Cary Torbert, and Dr. John McFarland, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 7 days in which to file their Special Report and Answer which is currently due August 8, 2006. As grounds for this Motion, the Defendants state as follows:

1.     Counsel for Defendants was unable to obtain the documentation needed to prepare the Special Report until this week.

2.     Counsel for Defendants is in need of additional time in which to fully review the documentation and draft a complete and meaningful Special Report.

3.     The Plaintiff will not be prejudiced by this seven-day extension.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Jr., and Dr. John McFarland request this Court to grant them an extension of time to file their Special Report and Answer on or before August 15, 2006.

Respectfully submitted this 3rd day of August, 2006.

1

**s/Amanda Kay Morgan**
AMANDA KAY MORGAN Bar No.  ALL079
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of August, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

**Antonio Martinez**
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL 36057-0075

**s/Amanda Kay Morgan**
OF COUNSEL

2