IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ANTONIO MARTINZEZ | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-480-MEF |
| SHERIFF JAY JONES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 10) is GRANTED; and

2. Defendants are GRANTED an extension from August 8, 2006 to August 15 2006 to file their answer and written report.

Done this 4th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE