**Exhibit A**
**Inmate File of Antonio Martinez**
**Inmate Booking Sheet**
**dated January 9, 2006, pp. 2 and 3**

Case 3:06-cv-00480-MEF-VPM   Document 12-2   Filed 08/15/2006   Page 1 of 4

```
                         LEE COUNTY SHERIFF'S OFFICE
01/09/2006      21:44:07       INMATE BOOKING SHEET                    PAGE    1
================================================================================
BOOKING NO: 060000161

INMATE NAME: MARTINEZ ANTINIO                      RACE: H         SEX: M
      ALIAS:                                         HT: 5'09"    HAIR: BLK
      ALIAS:                                         WT: 160      EYES: BRO
    ADDRESS: ████████████████████            COMPLEX:
 CITY/ST/ZIP: ████████, GA 30341                    SSN: ████████████
 HOME PHONE: 000-000-0000                         DL ST:          DLN:
        DOB: ████████  AGE:  48                     SID:
 PLCE BIRTH: CUBA                                 LOCID: 31731
      STATE:
   M. STATUS: S̶I̶N̶G̶L̶E̶  Married
   RELIGION:
 GANG ASSOC: NONE
SCARS/TATTOOS: SEVERAL TATS ON CHEST
KNOWN ENEMIES:
    REMARKS: ████████████████
------------------------------- NEXT OF KIN ------------------------------------
NEXT OF KIN: DEBRHA                        RELATIONSHIP: WIFE
    ADDRESS: SSA                                   PHONE: 000-000-0000
CITY/ST/ZIP: ,
    REMARKS:
------------------------------ EMPLOYER INFO -----------------------------------
   EMPLOYED: Y
EMPLOYER NAME: SELF
    ADDRESS:
CITY/ST/ZIP: ,
      PHONE: 000-000-0000
--------------------------------- MEDICAL --------------------------------------
HANDICAPPED:           NEEDS:
    GLASSES: N         SMOKE: N
MEDICAL NEEDS:         NEEDS:
  PHYSICIAN:                            PHONE: 000-000-0000
    REMARKS: SAYS BAD HERNIHA

    REMARKS:
    REMARKS:
-------------------------------- PROPERTY --------------------------------------
       CASH:     $28.00
DESCRIPTION: CASH
ADD. PROPERTY: BELT, BILLFOLD, WATCH(GOLD IN COLOR)CHAIN (GOLD IN COLOR)
ADD. PROPERTY: CELL PHONE
ADD. PROPERTY:
 BIN NUMBER: 41
VEH IMPOUNDED:
IMPOUND LOT:
    REMARKS:
    REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: [signature]                  DATE: 1/9/06    TIME: _____
BOOK OFFICER: [signature]            DATE: _____   TIME: _____
```

```
                            LEE COUNTY SHERIFF'S OFFICE
                                INMATE BOOKING SHEET                        PAGE    2
1/09/2006      21:44:07
================================================================================
OOKING NO: 060000161        INMATE NAME: MARTINEZ ANTINIO
================================================================================
         COURT:                         ATTORNEY ON REC:
         JUDGE:                                   PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 01/09/2006   BOOK TIME: 21:31   BOOK TYPE: NORMAL

   ARREST DATE: 01/09/2006           BOOKING OFFICER: SGT PARQUETTE
   ARREST DEPT: APD                  CELL ASSIGNMENT: F2
 ARRST OFFICER: HAYS                       MEAL CODE: 01    LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                  FACILITY: 01    COUNTY JAIL
  SEARCH OFFCR: HILL                  CLASSIFICATION:
   TYPE SEARCH: DRESS OUT               WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
01/09/2006      21:44:07          INMATE CHARGE SHEET                       PAGE    3
===================================================================================
 BOOKING NO: 060000161     INMATE NAME: MARTINEZ ANTINIO
===================================================================================
    CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: 13A-08-41                 # OF COUNTS:    1
     OFFENSE: ROBBERY I                  WARRANT #: 06-345
      CASE #:
    BOND AMT: 100,000.                        FINE:        $0.00
    BAIL AMT: 100,000.
 INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 01/09/2006              ARST AGENCY: APD
 ARST OFFICR: HAYS                         COUNTY: LEE
       COURT: CC                            JUDGE:
 DEF ATTORNY:                       DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------------------------
```