**Exhibit B
Inmate File
Inmate Release Sheet dated July 9, 2006, pp. 3-4**

```
                               LEE COUNTY SHERIFF'S OFFICE
07/09/2006     21:57:28           INMATE RELEASE SHEET                        PAGE    1
=========================================================================================
    BOOKING NO: 060000161
   INMATE NAME: MARTINEZ ANTONIO
         ALIAS:                                              RACE: H      SEX: M
         ALIAS:                                              HT: 5'09"    HAIR: BLK
       ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                     WT: 160      EYES: BRO
   CITY/ST/ZIP: ▓▓▓▓▓▓, GA 30341                         COMPLEX:
    HOME PHONE: 000-000-0000                                 SSN: ▓▓▓-▓▓-▓▓▓▓
           DOB: ▓▓▓▓▓▓▓  AGE:   49                         DL ST:         DLN:
    PLCE BIRTH: CUBA                                         SID:
         STATE:                                            LOCID: 31731
     M. STATUS:
      RELIGION:
    GANG ASSOC: NONE
 SCARS/TATTOOS: SEVERAL TATS ON CHEST
 KNOWN ENEMIES:
       REMARKS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
-------------------------------- NEXT OF KIN --------------------------------------
   NEXT OF KIN: DEBRHA                              RELATIONSHIP: WIFE
       ADDRESS: SSA                                        PHONE: 000-000-0000
   CITY/ST/ZIP: ,
       REMARKS:
-------------------------------- EMPLOYER INFO ------------------------------------
      EMPLOYED: Y
 EMPLOYER NAME: SELF
       ADDRESS:
   CITY/ST/ZIP: ,
         PHONE: 000-000-0000
-------------------------------- MEDICAL ------------------------------------------
   HANDICAPPED:            NEEDS:
       GLASSES: N          SMOKE: N
 MEDICAL NEEDS:            NEEDS:
     PHYSICIAN:                                       PHONE: 000-000-0000
       REMARKS: SAYS BAD HERNIHA

       REMARKS:
       REMARKS:
-------------------------------- PROPERTY -----------------------------------------
          CASH:       $28.00
   DESCRIPTION: CASH
  ADD. PROPERTY: BELT, BILLFOLD, WATCH(GOLD IN COLOR)CHAIN (GOLD IN COLOR)
  ADD. PROPERTY: CELL PHONE
  ADD. PROPERTY:
    BIN NUMBER: BAG #41
  VEH IMPOUNDED:
    IMPOUND LOT:
        REMARKS:
        REMARKS:
=========================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X_____  DATE: __7/__  TIME: _____
BOOK OFFICER: _____  DATE: __/9__  TIME: _____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
07/09/2006      21:57:28         INMATE RELEASE SHEET                    PAGE     2
================================================================================
BOOKING NO: 060000161     INMATE NAME: MARTINEZ ANTINIO
================================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                                PHONE: 000-000-0000
      REMARKS:
      REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 01/09/2006  BOOK TIME: 21:31  BOOK TYPE: NORMAL

   ARREST DATE: 01/09/2006            BOOKING OFFICER: SGT PARQUETTE
   ARREST DEPT: APD                   CELL ASSIGNMENT:
 ARRST OFFICER: HAYS                        MEAL CODE: 02   STATE
 PROJ. RLSDATE: 01/08/2008                   FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: HILL                   CLASSIFICATION:
   TYPE SEARCH: DRESS OUT                WORK RELEASE: N
INTOX RESULTS:

         HOLDS: Y
        AGENCY: IMMIGRATION     REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:

         NOTES:
         NOTES:
         NOTES:
================================================================================
  RELEASE DATE: 07/09/2006  RELEASE TIME: 21:57    # DAYS SERVED:    182

RELEASE OFFICER: THOMAS-MOULTRY D34
   RELEASE TYPE: KILBY
       REMARKS: TRPTED TO KILBY 7/10/06'
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
INMATE:_____       DATE:_____   TIME:_____
BOOK OFFICER:_____       DATE:_____   TIME:_____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
07/09/2006    21:57:28           INMATE CHARGE SHEET                      PAGE    3
================================================================================
 BOOKING NO: 060000161     INMATE NAME: MARTINEZ ANTINIO
================================================================================
    CHARGE NO:    1  DISPOSITION: DROPPED            HOLD: N

 ALA STATUTE: 13A-08-41                 # OF COUNTS:    1
     OFFENSE: ROBBERY I                 WARRANT #: 06-345
      CASE #:
    BOND AMT: 100,000.                                FINE:       $0.00
    BAIL AMT: 100,000.
 INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
 RELEASE DTE: 06/13/2006
 ARREST DATE: 01/09/2006                 ARST AGENCY: APD
 ARST OFFICR: HAYS                           COUNTY: LEE
       COURT: CIRCUIT                          JUDGE: DENSON
 DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS: INMATE CASE NOL PROSSED ON 6/13/06
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:    2  DISPOSITION: SENTENCED          HOLD: N

 ALA STATUTE: CC-06-408.01              # OF COUNTS:    0
     OFFENSE: 2 YRS SPLIT 15(POSS FORG INST) WARRANT #:
      CASE #: CC2006000408.01
    BOND AMT: 000.00                                  FINE:       $0.00
    BAIL AMT: 000.00
 INIT APPEAR: 00/00/0000              SENTENCE DATE: 06/13/2006
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/19/2006                 ARST AGENCY: LCSO
 ARST OFFICR:                                COUNTY: LEE CO
       COURT: CIRCUIT                          JUDGE:
 DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS: INMATE SENTENCT TO RUN CONCURRENT W/CC-06-408.02 & 408.03
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:    3  DISPOSITION: SENTENCED          HOLD: N

 ALA STATUTE: CC-06-408.02              # OF COUNTS:    0
     OFFENSE: 2YRS SPLIT 15(POSS FORG INST)  WARRANT #:
      CASE #: CC2006000408.02
    BOND AMT: 000.00                                  FINE:       $0.00
    BAIL AMT: 000.00
 INIT APPEAR: 00/00/0000              SENTENCE DATE: 06/13/2006
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/19/2006                 ARST AGENCY: LCSO
 ARST OFFICR: CIR                            COUNTY:
       COURT:                                  JUDGE:
 DEF ATTORNY:                           DIST ATTORNEY:
    COMMENTS: INMATE SENTENCE TO RUN CONCURRENT W/CC-06-408.01 & 408.03
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

```
                         LEE COUNTY SHERIFF'S OFFICE
07/09/2006    21:57:28       INMATE CHARGE SHEET                   PAGE    4
================================================================================
BOOKING NO: 060000161     INMATE NAME: MARTINEZ ANTINIO
================================================================================
    CHARGE NO:   4  DISPOSITION: SENTENCED         HOLD: N

 ALA STATUTE: CC-06-408.03             # OF COUNTS:    3
     OFFENSE: 2 YR SPLIT 15(POSS FORG INST)  WARRANT #:
      CASE #: CC2006000408.03
    BOND AMT: 000.00                          FINE:        $0.00
    BAIL AMT: 00.00
 INIT APPEAR: 00/00/0000
                                       SENTENCE DATE: 06/13/2006
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/19/2006                ARST AGENCY: LCSO
 ARST OFFICR:                                COUNTY: LEE CO
       COURT: CIRCUIT                         JUDGE: DENSON
 DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: INMATE SENTENCE TO RUN CONCURRENT W/CC-06-408.01 & 408.02
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:   5  DISPOSITION: DROPPED          HOLD: N

 ALA STATUTE:                          # OF COUNTS:    0
     OFFENSE: MENACING                 WARRANT #:
      CASE #:
    BOND AMT: 500                             FINE:        $0.00
    BAIL AMT: 500
 INIT APPEAR: 00/00/0000                SENTENCE DATE: 00/00/0000
 RELEASE DTE: 06/13/2006
 ARREST DATE: 00/00/0000                ARST AGENCY:
 ARST OFFICR:                                COUNTY: LEE CO
       COURT: CIRCUIT                         JUDGE: DENSON
 DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: INMATE CASE NOL PROSSED ON 6/13/06
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```