**Exhibit C**
**Inmate File**
**Conviction Report dated June 14, 2006**

*Jail*

ACR359

ALABAMA JUDICIAL DATA CENTER
LEE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2006 000408.00 01
JOHN V. DENSON II

```
-----------------------------------------------------------------------------
| CIRCUIT COURT OF LEE COUNTY               COURT ORI: 043015 J             |
|------------------------------------------------------------------------   |
| STATE OF ALABAMA      VS.                 DC NO:      0000 000000.00       |
| MARTINEZ ANTONIO             ALIAS:       G J:     449                     |
|                 DR          ALIAS:        SSN:  ████████                   |
|           GA  00000                       SID:  000000000                 |
|                                           AIS:                            |
|------------------------------------------------------------------------   |
| DOB:  ███████    SEX: M  HT: 0 00   WT: 000  HAIR:            EYE:         |
| RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: _____  FEATURES: _____  |
|------------------------------------------------------------------------   |
| DATE OFFENSE: 00/00/0000   ARREST DATE: 00/00/0000   ARREST ORI: 0430100   |
|------------------------------------------------------------------------   |
| CHARGES @ CONV      CITES          CT CL COURT ACTION        CA DATE       |
| POSS FORGED INSTR  13A-009-006     01 C  GUILTY PLEA         06/13/2006    |
|                                    00                        00/00/0000    |
|                                    00                        00/00/0000    |
|------------------------------------------------------------------------   |
| JUDGE: JOHN V. DENSON II           PROSECUTOR: ABBETT NICK                 |
|------------------------------------------------------------------------   |
| PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE   REVOKED   DATE       |
| (X)Y ( )N 06132006 ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____     |
|------------------------------------------------------------------------   |
| 15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT  |
|  (X)Y ( )N  CONFINEMENT:  02 00 000   13 00 000   15 00 000   00 00 156    |
|             PROBATION  :  03 00 000               03 00 000               |
| DATE SENTENCED: 06/13/2006   SENTENCE BEGINS: 06/13/2006                   |
|------------------------------------------------------------------------   |
| PROVISIONS              COSTS/RESTITUTION      DUE          ORDERED        |
|                                                                           |
|   PENITENTIARY          RESTITUTION         $680.44        $680.44        |
|   SPLIT SENTENC         ATTORNEY FEE        $500.00        $500.00        |
|                         CRIME VICTIMS        $50.00         $50.00        |
|                         COST               $242.00        $242.00        |
|                         FINE                 $0.00          $0.00        |
|                         MUNICIPAL FEES       $0.00          $0.00        |
|                         DRUG FEES            $0.00          $0.00        |
|                         ADDTL DEFENDANT      $0.00          $0.00        |
|                         DA FEES              $0.00          $0.00        |
|                         COLLECTION ACCT      $0.00          $0.00        |
|                         JAIL FEES            $0.00          $0.00        |
|                                                                           |
|                         TOTAL             $1472.44       $1472.44        |
|------------------------------------------------------------------------   |
| APPEAL DATE      SUSPENDED        AFFIRMED           REARREST              |
| ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____      |
|------------------------------------------------------------------------   |
| REMARKS:                         THIS IS TO CERTIFY THAT THE              |
|                                  ABOVE INFORMATION WAS EXTRACTED          |
|                                  FROM OFFICIAL COURT RECORDS              |
|                                  AND IS TRUE AND CORRECT.                 |
|                                                                           |
|  Once Sentence Served                                                     |
|  Placed on 3 years Probation                                             |
|                                  CORINNE T. HURST                         |
|                                  06/14/2006                               |
-----------------------------------------------------------------------------
```

OPERATOR: KAH
PREPARED: 06/14/2006