# Exhibit F
# Affidavit of John McFarland, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ANTONIO MARTINEZ,         )
                                 )
     Plaintiff,           )
                                 )
v.                          )   Civil Action No.  3:06-cv-00480-MEF-VPM
                                 )
JAY JONES, et. al.,        )
                                 )
     Defendants.        )

## AFFIDAVIT OF JOHN MCFARLAND

STATE OF ALABAMA       )
                              )
COUNTY OF LEE         )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared John McFarland, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is John McFarland.  I am over the age of nineteen and competent to execute this affidavit.

2.     I am a licensed physician serving as an emergency room doctor with East Alabama Medical Center.  Also, since 1994, I have served as the treating physician for inmates at the Lee County Detention Facility.

3.     I am familiar with the Plaintiff Antonio Martinez due to his incarceration in the Lee County Detention Facility

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.     The Plaintiff is not handicapped and does not need safety rails to get in and out of the shower.

6.      When I first became aware of the Plaintiff's injuries to his fingers, I ordered an X-ray of the fingers.  Two of the fingers were fractured but they were not dislocated. Because there was no dislocation, the fingers did not have to be "set."  Instead they were splinted or buddy-taped for protection while they healed.

7.      I referred the Plaintiff to an orthopedic specialist, Dr. Hillyer at the Orthopedic Clinic.

8.      Dr. Hillyer saw the Plaintiff and indicated that the fractures were healing. Therefore, he put the Plaintiff in a posterior splint for protection while they continued to heal. Dr. Hillyer recommended continuation of Motrin and physical therapy.

9.      Dr. Hillyer recommended five sessions of physical therapy with the Plaintiff which were completed.  On June 28, 2006, the last session of therapy, Dr. Hillyer determined that the fracture was closed and that no additional treatment was needed.

10.     I followed up with the Plaintiff on July 6, 2006, and noted that the Plaintiff was continuing his physical therapy on his own as instructed by Dr. Hillyer.

11.     The Plaintiff was given appropriate medical care and attention at all times.  I followed Dr. Hillyer's orders at all times.

12.     I have no duty or authority with regard to any conditions of the Detention Center, such as but not limited to the shower facilities.  My sole duty and authority is with regard to medical care of inmates.

13.     I have complied with all policies and procedures of the Lee County Detention Facility.  I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

14.     The Plaintiff has never filed a written grievance with me regarding the allegations made the basis of his Complaint.

15.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation

_____

JOHN MCFARLAND

**SWORN TO** and **SUBSCRIBED** before me this 15 day of August, 2006.

_____

NOTARY PUBLIC        MY COMMISSION EXPIRES FEB. 10, 2007

My Commission Expires:_____