**Exhibit H**
**Inmate File**

Lee County Detention Center
# INMATE REQUEST SLIP

F-1
**LOCATION**

Name ANTONIO MARTINEZ          Date 05-18-06

☐ Telephone Call      ☐ Doctor           ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem            ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>   LAW LIBRARY
I NEED TO GO TO THE LAW LIBRARY
BEFORE MY NEXT COURT DATE, TUES.
MAY 23.

<u>Do Not Write Below This Line</u> - For Reply Only

REFused

Approved ☒ _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date 5/29/06    Time Received 2239

CORRECTION OFFICER SGT Threat

FORM: LCS-038  (6/99)

ee County Detention Center

# INMATE REQUEST SLIP

FY

**LOCATION**

Name ANTONIO MARTINEZ          Date 06-01-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I CALLED MY FAMILY AND THEY
SAID SOMEONE IS USING MY NAME
I NEED AN NCIC CHECK RUN TO
SEE WHERE MY WARRENTS ARE
AT. THANKS FOR your TIMES

<u>Do Not Write Below This Line</u> - For Reply Only

We dont Run Those until you get out.

ⓕ  6-2-06

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

F.1
**LOCATION**

Name ANTONIO MARTINEZ     Date 06-07-06

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>     LAW LIBRARY
I NEED TO GOT INE LAW LIBRARY
ASAP

<u>Do Not Write Below This Line</u> - For Reply Only
TAKEN ON 6/10/06

Approved ___✗___     Denied _____     Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date 6/10/2006     Time Received _____

CORRECTION OFFICER ___AARON___

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F1

**LOCATION**

Name ANTONIO MARTINEZ _____    Date 05-05-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>  MAJOR TORBERT
I HAVE A HERNIA, AND I AM BEING DENIED
MEDICAL ATTENTION BECAUSE OF A LAWSUIT.
CAN YOU HELP ME GET SOME MEDICAL
ATTENTION. I NEED A COPY OF THIS BACK
FOR MY LAWYER. IF YOU CANT HELP
I'LL ASK JAY JONES. THANKS FOR
YOUR TIME.

<u>Do Not Write Below This Line</u> - For Reply Only

Fwd to Lt. Welch/Major 5-6-06
You have seen the doctor on April 25 and
again today about your problem and was
he advised by the doctor about your care.
Torbert, J
5-9-06

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

F-1
**LOCATION**

Name ANTONIO MARTINEZ          Date 04-25-06

☐ Telephone Call     ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>   SGT. ON DUTY
WILL YOU PLEASE GET ME
THE ADDRESS FOR A DR. LACY IN
THE MEDICAL ARTS CENTER, OR
THE ADDRESS TO EAST ALABAMA
MEDICAL CENTER? THANKS FOR YOUR
TIME IN THIS MATTER.

<u>Do Not Write Below This Line</u> - For Reply Only

We don't research addresses for
anyone, or reason, except DOC central
Records.

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date 04/25/06    Time Received 1930

CORRECTION OFFICER SGT Threat

FORM: LCS-038 (6/99)

```
                        ALABAMA DEPARTMENT OF CORRECTIONS              INST:   241
CBR716-3                INMATE SUMMARY AS OF 06/19/2006        CODE: CIADM

*************************************************************************************

AIS: 00247206    INMATE: MARTINEZ, ANTONIO                    RACE: B   SEX: M

INST: 241 - LEE                              DORM:  00   JAIL CR: 000Y 05M 06D

DOB: ●●●●●●●●●   SSN:●●●●●●●●●●

ADM DT: 06/13/2006 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMMITMENT - SPLIT SENTENC    STAT: NEW COMMITMENT - SPLIT SENTENC

CURRENT CUST: DTW-5   CURRENT CUST DT: 06/13/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:   06/13/2006
INMATE IS EARNING : STRAIGHT TIME

COUNTY      SENT DT  CASE NO  CRIME                          JL-CR      TERM
LEE         06/13/06 V06000408 CRIM POSS FORGED INSTR II     0156D 002Y 00M 00D CS
                                3YRS PROBATION
             ATTORNEY FEES : $000500    HABITUAL OFFENDER : N
             COURT COSTS  : $000242    FINES : $0000000  RESTITUTION : $0000730

 TOTAL TERM       MIN REL DT       GOOD TIME BAL      GOOD TIME REV      LONG DATE
 002Y 00M 00D     01/06/2008       000Y 00M 00D       000Y 00M 00D       01/05/2008

INMATE LITERAL:
*************************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
*************************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
*************************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

APR 26 2006 11:10 FR    TO 8133  373574    P. 01

U.S. Immigratio  nd Customs Enl orcement
301 South Ripley  eet
Montgomery, AL   104



# U.S. Imr igration
# and Cus oms
# Enforce ient

INVESTIGA IONS

## Facsimile Transmission

Date: April  , 2006

To: **Lee County Jail**                          Fax: **(334)**  **-3574**

**Attention: Deana Black**

From: **Blake Diamond**          Phone: **(334)** **12-1377**
**Senior Special Agent**          Fax: **(334)** **12-4404**

☒ Urgent   ☐ Action   ☐ Concurrence   ☐ FYI          Number of pag   including cov  r: **2**

Comments:

**Please see attached Form I-247 (Immigration Detainer) for:**

**1) Antonio MARTINEZ-Mesa** ~~05/21/1987~~

**This person has stated that he is a U.S. Citizen.**

**Record checks reveal that he is NOT A U.S. CITIZEN!**

**Thanks,**

**Blake Diamond**
**Senior Special Agent**
**Montgomery, AL**

APR 26 2006 11:10 FR                                    TO 81334 373574        P. 02

## U.S. Department of Homeland Security
Immigration and Customs Enforcement

## Immigration Detainer — Notice of Action

| File No. | A23 213 5 |
|---|---|
| Date: | April 26, 2006 |

**To:** (Name and title of institution)
Sheriff
Lee County Detention Center
2311 Gateway Drive, Suite 130
Opelika, Alabama 36801

**From:** (ICE office address)
DHS/ICE
301 South Ripley Street
Montgomery, Alabama 36104
(334) 242-1377

Name of alien:    Antonio MARTINEZ-Mesa

Date of birth: ▮▮▮▮▮▮        Nationality:    Cuban            Sex:    M

**You are advised that the action noted below has been taken by Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____
            (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
                                                                                        (Date)

☐ Deportation or removal from the United States has been ordered.

### It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Upon the alien completing a court ordered sentence, posting a bond, or any other situation allowing the alien to released from your facility and **upon notifying ICE**, federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling:

    (334) 242-1377 _____ during business hours or _____ 1-800-973-2867 _____ after hours in emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to   (334) 242-4⯑⯑4 FAX .
                                                                                            (Area code and facsimile number)

Return fax to the attention of _____ Blake Diamond - SSA _____ , at   (334) 242-1377 Office
                                    (Name of ICE officer handling case)        (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____.

_____
Blake Diamond
(Signature of ICE official)

Senior Special Agent
(Title of ICE official)

**Receipt acknowledged:**

Date of latest conviction: _____ Latest conviction charge: _____

Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 3-19-03)N

** TOTAL PAGE. 02 **

```
                           LEE COUNTY SHERIFF'S OFFICE
01/09/2006      21:44:07    MEDICAL SCREENING FORM                    PAGE 1
===============================================================================
Booking No: 060000161  Date: 01/09/2006  Time: 21:31  Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: MARTINEZ ANTINIO                        Race: H        Sex: M
     DOB: 0█/██/████  Age: 48  SSN: ████████████  Height: 5'09"  Weight: 160
-------------------------------------------------------------------------------
```

_N_  1.  Is inmate unconscious?

_N_  2.  Does inmate have any visible signs of trauma, illness, obvious pain
         and bleeding, requiring immediate emergency or doctor's care?

_N_  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?

_N_  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_  5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_  6.  Any visible signs of alcohol or drug withdrawal?

_N_  7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_  8.  Is inmate carrying any medication?

_N_  9.  Does the inmate have any physical deformities?

_N_ 10.  Does inmate appear to have psychiatric problems?

    11.  Do you have or have you ever had or has anyone in your family
         ever had any of the following?

_N_ a. Allergies    _N_ f. Fainting Spells   _N_ k. Seizures

_N_ b. Arthritis    _N_ g. Hearing Condition _Y_ l. Tuberculosis

_N_ c. Asthma       _N_ h. Hepatitis         _N_ m. Ulcers

_N_ d. Diabetes     _N_ i. High Blood Pressure _N_ n. Venereal Disease

_N_ e. Epilepsy     _N_ j. Psychiatric Disorder _Y_ o. Other (Specify)

Other:  O. Hernia - Says Real Bad.

_____

_____

    12.  For females only:

         a. Are you pregnant?

         b. Do you take birth control pills?

         c. Have you recently delivered?

```
01/09/2006     21:44:07        LEE COUNTY SHERIFF'S OFFICE
                               MEDICAL SCREENING FORM                PAGE 2
========================================================================
Booking No: 060000161  Date: 01/09/2006  Time: 21:31  Type: NORMAL
Agency to Bill: LEE COUNTY                Facility: COUNTY JAIL

Inmate Name: MARTINEZ ANTINIO                      Race: H        Sex: M
        DOB: ████████  Age:  48  SSN: ████████  Height: 5'09"  Weight: 160
------------------------------------------------------------------------
```

_N_  13.  Have you recently been hospitalized or treated by a doctor?

_Y_  14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

_N_  15.  Are you allergic to any medication?

_N_  16.  Do you have any handicaps or conditions that limit activity?

_N_  17.  Have you ever attempted suicide or are you thinking about it now?

_Y_  18.  Do you regularly use alcohol or street drugs?

_N_  19.  Do you have any problems when you stop drinking or using drugs?

_N_  20.  Do you have a special diet prescribed by a physician?

_Y_  21.  Do you have any problems or pain with your teeth?

_N_  22.  Do you have any other medical problems we should know about?

     # 14. For Hernia
         18- Both

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____

Inmate Regi i ?                    Inmate File

I Need I.N.S adress
so I Can write to find
out what Kind of Hold
they Have on me, Iam
american cityers
# SS ████████████
Green Card # ████████
D. L. # ████████


Sign ~~~~~~~~~

witng ~~~~~

Antinio Martinez
─────────────────────
Blake
    ICE Agent
        C/O HIDTA
            PO Box 1471
                Montg  36102-1471

## Lee County Detention Center
## INMATE REQUEST SLIP

F-1
_____
LOCATION

Name ANTONIO MARTINEZ          Date 3/8/06

☐ Telephone Call      ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem  ☑ Other

Briefly Outline Your Request.  Give To Jailer

i WOULD LIKE TO SEND ALL OF MY
PERSONAL PROPERTY HOME, PLEASE
GIVE IT TO CARMEN GOEBEL KENDRICK
THANK YOU FOR YOUR TIME IN
THIS MATTER.

Do Not Write Below This Line - For Reply Only

P/u on Thurs Day without 1pm to 4pm

3-21-06

Approved _____  Denied ✓_____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____        Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## LEE COUNTY SHERIFF'S DEPARTMENT
### SPECIAL REPORT

Subject _I/m Antonio Martinez_     Opelika, AL _1/26/06_

To the Sheriff of Lee County:

I report the following _taking a water bag from I/m Antonio Martinez_ which occurred at _3:30_ o'clock this _P_ M. at _Lee County Detention Center (cell E1)_

Below give full particulars, together with name of principals and witness and their address

While taking an inmate to cell E1, I, Ofc William Wiltsie, noticed a water bag tied to a mop handle inside I/m Antonio Martinez's cell. I told I/m Martinez to give me the mop and water Bag. Martinez untied the laundry bag from around the mop handle and then pulled a plastic bag filled with water out of the laundry Bag. I asked why he was lifting weights with his hernia problems. Martinez stated that he was trying to keep his heart pumping. Martinez was sweating and the veins in his arms were popping out as if he had just finished lifting the water bag. All items were taken out of the cell and Nurse Stewart was notified of what Martinez was doing. The bag weighed approximatley 30 to 40 lbs.

Reported by _Will. Wilt_

Address_____ Phone_____

Complaint received by _____ How _____

Assigned to _____

## Left Slip

Lee County Detention Center
**INMATE REQUEST SLIP**

LOCATION ___F1___

Name Antonio Martinez    Date 3/8/06    Time Sheet

☐ Telephone Call    ☐ Doctor    ☐ Dentist
☑ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

I am requesting for
visit with my Pastor George
Horta the 706-821-1569

Do Not Write Below This Line - For Reply Only

Your Pastor Has To Contact Lt. Welch To
Set up a visit

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

Approved _____    Denied _____    Collect Call _____

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## Right Slip

Lee County Detention Center
**INMATE REQUEST SLIP**

LOCATION ___F1___

Name Antonio Martinez    Date 3/4/06    Time Sheet

☐ Telephone Call    ☐ Doctor    ☐ Dentist
☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer

To whom it may concern: I need
to use the services of the notary
public.

Thank you for your time

Do Not Write Below This Line - For Reply Only

fwd to Lt. welch.  3/6/06

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

Approved _____    Denied _____    Collect Call _____

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: __3/1/06__                                    Time: _____

    I, __Antonio Martinez__, have received copy

number __11__ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

    I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.


Years of School _____                   Inmate's Signature


_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

[ ]   Said inmate stated to me that he was able to read the Rules and Regulations.

[ ]   Said inmate stated that he was not able to read the Rules and Regulations and I explained
    the orientation rules to him.


                            Jailer's Signature

                            Date: _____  Time: _____

Lee County Detention Center
# INMATE REQUEST SLIP

Name _ANtonio MARtinez_ Date _1-10-06_

F-1
**LOCATION**

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

_Need to Have money in my_
_personal property put on the_
_books so I can catch store_

_THank You_

Do Not Write Below This Line - For Reply Only

_FUNDS TRANSFERRED TO COMMISSARY_
_ACCUNT._
_Hull 305_
_1-9-06_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF _____**LEE COUNTY**_____, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☒ **STATE OF ALABAMA**                                              *Antonio*
☐ **MUNICIPALITY OF** _____ v. ~~ANTINIO~~ **MARTINEZ**
                                                                                    **Defendant**

The above-named defendant, charged with the criminal offense(s) of ____**ROBBERY I**____,
was duly brought before the Court for initial appearance on **JANUARY 11, 2006**, at ___**11:00**___ o'clock **A** .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE):*

☒ 1. Name and address of defendant.
    ✓ (a) Ascertained the true name and address of the defendant to be: (770) 414-8012
          *3207 Anderson Mill Road*    *Atlanta GA*    4TA (404) 778-0635
    ____ (b) Amended the formal charges to reflect defendant's true name.
    ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☒ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested    ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☒ 5. Bail
    ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ✓ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
          ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____
          ✓ 2.) Execution of a secured appearance bond in the amount of $ **100,000.00** .
          ____ 3.) Other conditions (specify) _____
          _____
          _____

☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of_____,_____,
an _____ (date) at _____ o'clock____.m.
    ____ (a) Notified the District Court that such demand was made.
    ✓ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____

**1-11-06**                                                    _Ruul Bre_
_____                    _____
Date                                                    Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81    11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF _____**LEE**_____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

      *Antonio*

v.  ~~ANTINIO~~ MARTINEZ _____, Defendant

---

This is a first appearance hearing. You are charged with committing the felony offense(s) of **ROBBERY I** _____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.

2.) Refrain from committing any criminal offense.

3.) <u>Not</u> depart from the state of Alabama without the leave of the Court having jurisdiction of this case.

4.) Promptly notify the Court of any change of address or phone number.

5.) Other conditions: _____
_____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: **1-11-06** _____          _____
                                               Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: **1-11-06** _____          _____
                                               Defendant

Lee County Sheriff's Office    Monday, January 09, 2006    Page 1 of 1



MARTINEZ, ANTINIO

# Memorandum

**To:**   Inmate Antinio Martinez #F-1

**CC:**   Major Torbert

Capt. James Majors

**From:** Warrants Clerk

**Date:** 4/11/2006

**Re:**   Inmate Request

---

Mr. Martinez, I received your request for the address to Immigration. You state that you are a U.S. Citizen, but have you been naturalized? Generally, if you still have a Green Card Number then you have not become a naturalized citizen. At any rate, if you are NOT a naturalized citizen, even though you have a social security number, you still may be deported upon conviction of certain crimes (included the crime you are charged with).

If you have any further questions, here is the address of the person you will need to direct that correspondence to:

ICE Agent Blake Diamond
c/o HIDTA
P.O. Box 1471
Montgomery, AL 36102-1471

I hope that this will help you understand the reason why you are being held on an Immigration Detainer.