**Exhibit I
Medical File
Inmate Request Slip dated May 15, 2006**

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ   Date: 05-15-06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer: GREIVANCE NURSE STEWART I AM NOT RECEIVING MY SALT LIKE I NEED IT. I AM ONLY ABLE TO GARGLE 2x50 DAILY, AND ITS NOT ENOUGH MY MOUTH IS BEGINNING TO GET DRY SOCKET. I THANK YOU FOR YOUR TIME.

Do Not Write Below This Line - For Reply Only

5/15/06 Salt given No More.

Nurse Stewart

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)