**Exhibit J**
**Inmate Medical File of Antonio Martinez**
**Inmate Request Slip dated June 7, 2006**

## Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ    Date: 06-07-06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

NURSE STEWART I NEED MY POPSICLE STICKS CHANGED, MY FINGERS AREN'T BETTER AND I DON'T KNOW WHY I HAVENT BEEN TO SEE A BONE SPECIALIST, ITS BEEN OVER A MONTH SINCE THIS HAPPENED MY FINGERS HURT BAD. I NEED A COPY OF THIS. THANKS FOR YOUR TIME IN THIS MATTER. NEED PAIN MEDICATION

Do Not Write Below This Line - For Reply Only

6/7/06, addressed at Ortho Clinic today. Dr. Hellyer.
Nurse Griffith

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)