**Exhibit K
Medical File**

## Lee County Detention Center
# INMATE REQUEST SLIP

F-1
**LOCATION**

Name ANTONIO MARTINEZ Date 5/15/06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. **Give To Jailer**

NURSE STEWART
I HAVE TWO HOLES IN MY MOUTH, AND
THEY ARE STILL BLEEDING, AND I HAVE
BEEN TAKEN OFF MEDICATION. CAN I
YOU SEND ME SOME MORE MEDICATION,
AND SALT? THANKS FOR YOUR TIME.

Do Not Write Below This Line - For Reply Only

05/15/06 D. King Dr. King Orders
#6 pill Your Dental
problems has been completed

(nurse Steward

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# LEE COUNTY SHERIFF'S DEPARTMENT
## RECORD OF MEDICAL EXAMINATION
### (FORM #11)

*7-1*

PART 1:          To be completed by Corrections Staff.   (Please print clearly)

1. Inmate's name: _Martinez, Antonio_

2. Date: _05/13/06_

3. Time: _0745_

4. Reason treatment was needed: _Dental exam_
   _____

5. Did Inmate request treatment? _yes_ (If yes, place request form in Inmate's file if in writing)

6. Was inmate transported from the jail? _yes_

7. If yes, to what location? _D. King's Office_

8. Was inmate treated at the jail? ~~_No_~~ _yes_

9. Who examined the inmate? _Medical_

10. Corrections Officer's name: _____    Signature: _____

PART 2:          To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/examination: _Ext # 7,8_

2. Prognosis: _Good_

3. Is additional treatment needed? _____ If so, please specify if other than medication:
   _No_

4. Medication prescribed: _Lortab 7.5 x 6_

5. Special instructions for administration: _As prescribed_

6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):
   _____

**WILLIAM G. KING, III, D.M.D.**
**227 E. MAGNOLIA AVENUE**
**AUBURN, AL  36830**

Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)

Lee County Detention Center

# INMATE REQUEST SLIP

F-1

**LOCATION**

Name Antonio Martinez     Date 1-10-06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [ ] Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Need to see nurse or DOCTOR
Have hernia THATS swollen up
the size of An orange.

Thank You

<u>Do Not Write Below This Line</u> - For Reply Only

1/13/06    you will see

Dr.

Nurs. Stewart

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# NOTES

NAME: *Martinez, Antonio*                SS# ████████████

DOB: ████████          AGE: *48*     SEX: *M*     RACE: *H*

DRUG ALLERGIES: _____ *Ø* _____     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Lt Inguinal Hernia*

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____.

ASSESSMENT: Alert I/m Brought to Clinic
C/o Needing Surg "I'm under your care
Now" asked inmate how long He had Hernia
Would not answer ask How long it's Been
going in/out would not answer ask who's
your md would not answer. then I/m
respose "when Do I have my Surg?" explained
him need To See an MD To put hernia Back
in. I/m respose "you will get A phone call"

PLAN: Move I/m To medical observation, Matter
rip of lying unt. may see my WP.

REFER TO: _____(PA/PHYSICIAN)_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE [signature]          TITLE *RN*     DATE *1/13/6*   TIME *1400*

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ii *metra* Bid see mj | 0800 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1/3/06 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | 2100 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

REORDER FROM INTEGRAL SOLUTIONS GROUP · 1-800-235-0767    FORM A-55    STOCK #506423

| STARTING FOR | | THROUGH | |
|---|---|---|---|
| Physician | Protocol | Telephone No. | Medical Record No. |
| Physician | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |

| Diagnosis | | | | | | |
|---|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | Approved By Doctor: | By: *Stewart* | Title: *Lpn* | Date: | |
| | | D.O.B. | Sex | Room F-1 | Patient Code | Admission Date |

RESIDENT

# NOTES

NAME: *Martinez    Antino*    SS# ███████████

DOB: ███████    AGE: *48*    SEX: *M*    RACE: *H*

DRUG ALLERGIES: *∅*                          TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Lt Inguinal, Hernia*

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

## HEALTH CARE DOCUMENTATION

**SUBJECTIVE:**

**01/18/06    Lee County Detention Center    Antonio Martinez    #593038095**
This 48 YO Hispanic male has a left inguinal hernia that has been present for one year. He said he even spent two days in the hospital in Atlanta with it. They did not do surgery. He said he was supposed to have had surgery two weeks ago when he was brought the jail. He is not sure of the name of the doctor.
**Physical Exam:** He walks in loudly complaining. He walked out comfortable. When he lies down I see a large left inguinal hernia that is easily reduced although he resisted my reducing it. It is probably about 5 cm. The defect itself feels like it is probably 2 or 3 cm. The testicle has no hydrocele. He is generally tender in the area of his genitalia. His abdomen is soft and nontender with normal bowel sounds. He is not having any respiratory distress.
**Impression:** Left inguinal hernia that reduces easily.
**Plan:** I tried to explain the difference between an elective and an urgent surgical need. If he has any vomiting or if the hernia is not able to be reduced then we certainly should see him in the Emergency Room and reduce it and if it doesn't reduce then proceed to emergency surgery otherwise it continues to be an elective surgical need. He did not understand that that meant that it could be scheduled at a time that was convenient to his present circumstances. Recheck prn.

PLAN:

*Medical records re ⓛ inguinal hernia.*

*Belongs ...*
*Brought Right Back*

REFER TO:_____ PA/PHYSICIAN_____    MENTAL HEALTH_____    DENTAL_____

SIGNATURE _____    TITLE *MD*    DATE *1-18-06*    TIME *0910*

JOHN H MCFARLAND MD
AM8104894
AL11404

Lee County Detention Cen
# INMATE REQUEST SLIP

Name _ANTONIO MARTINEZ_ Date _1-24-06_

**E-1**
LOCATION

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>  _Nurse Stewart_

_Could you give me my Medication
I really need to go to the hosp.
Im in alot of pain. For hernia_

<u>Do Not Write Below This Line</u> - For Reply Only

1/24/06 Our M.D. didn't
Order any pain meds
it mothing given

_Nurse Stewart_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

*E = 1*
LOCATION

Name ANTONIO MARTINEZ    Date 1/25/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>    *Nurse*

*Could you give me my Medication
I really need to go to the hosp.
Im in alot of pain from the
heria*

<u>Do Not Write Below This Line</u> - For Reply Only

*1/36/06 You have to follow
up uss. with md on 2/8/06*

*Nurse Stewar*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## NOTES

NAME: *Martinez, Antino*    SS# ████████████

DOB: ██████    AGE: 48    SEX: M    RACE: H

DRUG ALLERGIES: Ø    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: *Llamatic Caught Lyfty Water Bag about 30-40 lbs*

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

### HEALTH CARE DOCUMENTATION

5-7 "
1L 5+

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

---

**01/31/06    Lee County Detention Center    Antonio Martinez    #593038095**

This 48 YO Hispanic male was lifting a 30-40 lb sack of <u>water</u> in an apparent attempt to get his left inguinal hernia to come back out. His hernia is back in. He says he is tender in the testicles. **Physical Exam:** I was able to palpate testicles. There are no nodules within them. It is not the epididymis. It is more tender, in fact it seems to be a dramatic type of tenderness rather than a true tenderness. There is no redness or swelling. His abdomen is benign.

**Impression:** Inguinal hernia that is not out and certainly not incarcerated or a problem requiring any attention at this time.

**Plan:** Nothing needs to be done about the hernia at this time.

**Addendum:** He shows me a fungal infection in the four-five web space of the right foot. He can use some over-the-counter antifungal medication such as Tinactin, etc. Recheck prn.

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____    TITLE MD    DATE 1-31-06    TIME 05-72

JOHN H MCFARLAND MD
AM8 104894
AL 11404

Lee County Detention Center

# INMATE REQUEST SLIP

C-1
LOCATION

Name ANTONIO MARTINEZ    Date _____

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

Excuse Mrs. Nurse, I am writing to you in
concern of my hyernia, I am in very serious
pain. I also need some fungus cream
for my feet.
            Thanks, God Bless

Do Not Write Below This Line - For Reply Only

2/6/06 Dr. is always
your hernia, if it
is out you may see
the Dr. Cream given

Nurse _____

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cer

# INMATE REQUEST SLIP

$\sum = 1$
LOCATION

Name _Antonio Martinez_     Date _____

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. Give To Jailer

_I need med's for fungus on my feet, the shower is so nasty it' pitiful, also I need med Thanks for my Hearnia I am in Bad pain I need it soon!! Thanks_

Do Not Write Below This Line - For Reply Only

_2/28/06_ ...

Nurse ...

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ   Date: 3/8/06

☐ Telephone Call   ☑ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. __Give To Jailer__

I AM HAVING A VERY HARD TIME GETTING UP & AND OUT OF BED. REASON IS this HERNIA IS GIVE ME PAIN ALL THE TIME. GIVE ME PROBLEM WHEN USE THE BATHROOM. THE PAIN PILLS IS NOT GETTING OR TAKING this PAIN AWAY. NEED to SEE the Doctor SOON AS possible

THANK YOU

Antonio Martinez

__Do Not Write Below This Line - For Reply Only__

SEEN TODAY IN SICK CALL 3/10/06

Nurse Griffin

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## NOTES

NAME: Martinez, Antonio          SS# ████████████

DOB: ████████     AGE: 48   SEX: M   RACE: H

DRUG ALLERGIES: Ø                          TETNUS: _____

NATURE OF PROBLEM OR REQUEST: States has pain from
inguinal hernia (L)

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: A+O x3. responsive

OBJECTIVE:      BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: States has pain to (L) groin. States has
(L) inguinal hernia. No swelling or pouch noted.
do "hole" to (L) inguinal area. No indension
noted to area.

PLAN: ① To see M.D. next visit. ② Motrin 400mg
PO now.

REFER TO:_____ PA/PHYSICIAN _____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ TITLE LPN  DATE 3/10/06 TIME 2³⁰pm

## NOTES

NAME: _Martinez Antonio_    SS# ███████████

DOB: ███████  AGE: _48_  SEX: _M_  RACE: _H_

DRUG ALLERGIES: _0_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _inguinal hernia_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

### HEALTH CARE DOCUMENTATION                165ᵃ

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

**03/14/06    Lee County Detention Center    Antonio Martinez    #593038095**
This 48 YO Hispanic male says his hernia is still coming out. It is uncomfortable. He is walking with his hand on this left groin.
**Physical Exam:** He doesn't want to let his stomach muscles relax but he eventually does and with slow gentle pressure over the left inguinal hernia it goes back in. the testicles are nontender. No other lesions.
**Impression:** Left inguinal hernia.
**Plan:** I talked to him again about the elective nature of having this repaired. He probably will want to have this done at some point. In the meantime, if he has it come out and can't get it back in and starts vomiting he will let the nurse know immediately so that we can evaluate and see if it will go back in or if it needs emergent evaluation and possible repair. In the meantime, it is an elective thing. It can be manually reduced without difficulty now.

PLAN:    (L) inguinal hernia reduced s difficulty

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _John H McFarland MD_    TITLE _MD_    DATE _3-14-06_    TIME _0927_
AM8104894   04/19/06 C/o hernia and
AL 11404 need my to put it Back

Antonio Martinez    F-1    3-31-06

Nurse

I NEED SOME PAIN PILLS FOR MY HERNIA BECAUSE IT REALLY HURTS.

THANKS FOR YOUR TIME

4/1/06
Tylenol sent
Nurse Griffin

## Lee County Detention Ce~ ~r
# INMATE REQUEST SLIP

F-1
**LOCATION**

Name ANTONIO MARTINEZ                    Date 04-06-06

☐ Telephone Call        ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>   NURSE STEWART.
I WOULD LIKE TO HAVE MOTRIN FOR
MY HERNIA FOR A COUPLE OF DAYS LONGER
BECAUSE I'M IN CONSTANT PAIN.

THANKS FOR YOUR TIME

<u>Do Not Write Below This Line</u> - For Reply Only
4/7/06   Motrin sent

Nurse Griffin

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant              ☐ Chief Deputy              ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

F-1
**LOCATION**

Name _ANTONIO MARTINEZ_    Date _04-09-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>  NURSE STEWART
I NEED SOME MOTRIN FOR MY HERNIA
BECAUSE I AM IN ALOT OF PAIN

---

<u>Do Not Write Below This Line</u> - For Reply Only

4/10/06  Motrin sent

Nurse Griffith

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Ce ꞏr
# INMATE REQUEST SLIP

LOCATION

Name ANtonio MARtinez  Date 4/10/06

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☐ Personal Problem
- ☐ Other

Briefly Outline Your Request.  Give To Jailer

Nurse Stewart could you give me my Medication for hernia IM in alot Pain

Do Not Write Below This Line - For Reply Only

O4/12/06 # Metrs Given for Orders of Our RD

Nurs Sleny

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- ☐ Lieutenant
- ☐ Chief Deputy
- ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** F-1

Name Antonio Martinez   Date 04/14/06

☐ Telephone Call       ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem            ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>   Nurse Stewart

I Need Some Motrin for my Hernia Because I am in alot of Pain

<u>Do Not Write Below This Line</u> - For Reply Only

4/15/06 You have an order from our doctor to have Tylenol or Motrin. It is fixed up in the medication books for you. Just ask whoever is passing out medication for it. Nurse Griffith

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____       Time Received _____

CORRECTION OFFICER

Lee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** E-1

Name ANTONIO MARTINEZ    Date 4/18/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

NURSE STEWART I NEED MY MEDICATION FOR MY HERNIA, AND I DID NOT GET TO GO SEE THE DOCTOR TODAY. WHAT'S THE HOLD-UP? I NEED TO GO SEE HIM, IF ITS NOT A PROBLEM. THANK YOU FOR YOUR TIME.

---

<u>Do Not Write Below This Line - For Reply Only</u>

4/19/06 already address Down To See h. The. Occasional Tyl/Motrin got Two this AM

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## NOTES

NAME: _Martinez, Antonio_     SS# ▬▬▬▬▬▬▬

DOB: ▬▬▬▬▬     AGE: _48_     SEX: _m_     RACE: _H_

DRUG ALLERGIES: _none_ _____     TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _put hernia back in_ _____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

HEALTH CARE DOCUMENTATION     _wt 180_

SUBJECTIVE:

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

PLAN:

_Stable Original hernia._

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE____ JOHN H MCFARLAND MD TITLE _MD_ DATE _4-25-06_ TIME _1625_
AM8104894
AL11404

HIV SEROLOY    86701
WESTERN BLOT   86689

**ALABAMA DEPARTMENT OF PUBLIC HEALTH**
**BUREAU OF CLINICAL LABORATORIES**    I.D. NUMBER    **645200**

Martinez, Antonio

H/M

*PLEASE USE A BLACK PEN*
Patient's First Name    MI

Apt.

Counselor (Initials)

Date Collected    __ / __ / ____

Cily    PLACE LABEL INSIDE RECTANGLE    State    Zip

Phone    ___ - ___ - ____

LEE COUNTY DETENTION CENTER
P.O. BOX 2407
OPELIKA, AL 36803

| EIA | WESTERN BLOT |
|---|---|
| Results: Indicated by Marked | |
| ● Negative | ○ Negative |
| ○ Not Done | ○ Indeterminate |
| ○ Positive | ○ Positive |
| | ○ Not Done |

RACE    SEX
W  B  H  A  I  U    M  F
○  ○  ○  ○  ○  ○    ○  ○

DOB (mmddyyyy)
__ / __ / ____

ANALYST INITIALS

DATE REPORTED    __ / __ / ____

Provider    LEE COUNTY DETENTION CENTER    SITE CODE    CNTY
Address    P.O. BOX 2407
OPELIKA, AL 36803    State    Zip

☐ Birmingham    ☐ Mobile
☐ Decatur    ☑ Montgomery
☐ Dothan

y Health Dept. CHR Number    Social Security Number
___ - __ - ____

Has Patient Had a Previous Positive or Indeterminate Western Blot?
◉ No    ○ Yes    ○ Unknown

d Number

Provider Number

Date    __ / __ / ____

**PATIENT SHOULD HAVE A
TUBERCULIN SKIN TEST
IF HIV POSITIVE**

*REPORT COPY*

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
### (FORM #11)

## PART 1:          To be completed by Corrections Staff.   (Please print clearly)

1. Inmate's name: _Martinez, Antonio_

2. Date: _03/28/06_

3. Time: _0730_

4. Reason treatment was needed: _CXR    on INH 6 mos 1991_
   _____

5. Did Inmate request treatment? _Yes_ (If yes, place request form in Inmate's file if in writing)

6. Was inmate transported from the jail? _Yes_

7. If yes, to what location? _LCHD_

8. Was inmate treated at the jail? _No_

9. Who examined the inmate? _Medical,_

10. Corrections Officer's name: _____ Signature: _____

## PART 2:          To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/ examination: _CXR_

2. Prognosis: _pending_

3. Is additional treatment needed? _____ If so, please specify if other than medication:
   _____
   _____

4. Medication prescribed: _____

5. Special instructions for administration: _____
   _____

6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):
   _____
   _____
   _____

_____
Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)