**Exhibit L
Medical File
X-Ray Exam Request**

# SOUTHERN RADIOLOGY SERVICES, LLC

ALABAMA / MISSISSIPPI
1-800-845-8183

mcnt-4

**PLEASE PRINT**

Please Indicate Patient Status:
- Bill facility (Medicare Part A Skilled)
- Bill insurance (3rd Party Non-Skilled)
- Hospice
- Employee

PATIENT: Martinez, Antonio (Last, First, MI)

DOB: ███ 7   SEX: (M) F   ROOM #:

FACILITY: Lee Co Jail

PHONE: 334-███-███0   FAX: 334-███-████

SS# 5██-██-██75

MEDICARE #:   CODE
MEDICAID #:   CODE
INSURANCE:   CODE
INSURANCE #:   PRE CERTIFICATION #

**RESPONSIBLE PARTY INFORMATION** (MUST BE COMPLETED FOR ALL PATIENTS)

NAME:   PHONE #: (   )
ADDRESS: LEE COUNTY DETENTION CENTER NURSING PO BOX 2407 OPELIKA, AL 36803-2407
CITY:   STATE:   ZIP:

PATIENT SIGNATURE: _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**
**X-RAY EXAMS**

| Code | Exam | | Code | Exam | | Code | Exam | |
|---|---|---|---|---|---|---|---|---|
| 74000 | Abdomen, 1 View | | 73520 | Hip, Min 2 Views w/Pelvis | L R | 73590 | Tibia/Fibula, 2 Views | L R |
| 73600 | Ankle, 2 Views (AP 7 LAT) | L R | 73510 | Hip, Comp Min 2 Views | L R | 73100 | Wrist, 2 Views | L R |
| 73610 | Ankle, Comp Min 3 Views | L R | 73060 | Humerus, Min 2 Views | L R | 73110 | Wrist, Min 3 Views | L R |
| 73650 | Calcaneus (Heel), 2 Views | L R | 73560 | Knee, 2 Views | L R | | OTHER _____ | |
| 71010 | Chest, 1 View (AP) | | 73562 | Knee, 3 Views (inc OBLQ) | L R | | OTHER EXAMS | L R |
| | | | 70160 | Nasal Bones, Comp Min 3 Views | | | | |
| 71111 | Chest With Ribs, 4 Views | | 72170 | Pelvis, 1 Views | | | | |
| 73000 | Clavicle, Complete | L R | 71100 | Ribs, 2 Views | L R | 93000 | EKG  Pacemaker: Y N | |
| 73070 | Elbow, 2 Views | L R | 72220 | Sacrum/Coccyx, Min 2 Views | | 95819 | EEG | |
| 73080 | Elbow, Comp 3 Views | L R | 73030 | Shoulder, Min 2 Views | L R | | | |
| 73550 | Femur, 2 Views | L R | 70210 | Sinuses, Less Than 3 Views | | | | |
| 73620 | Foot, 2 Views | L R | | | | | | |
| 73630 | Foot, Comp Min 3 Views | L R | 70250 | Skull, Less Than 4 Views | | | | |
| ✓ 73090 | Forearm, 2 Views | L R | 72040 | Spine, Cervical 2 Views | | | | |
| ✓ 73120 | Hand, 2 Views | L (R) | 72100 | Spine, Lumbosacral 2 Views | | | | |
| ✓ 73130 | Hand, Min 3 Views | L (R) | 72070 | Spine, Thoracic 2 Views | | | | |

**DIAGNOSIS/SYMPTOM(S): Please Mark ALL that apply**

| Code | Diagnosis | | Code | Diagnosis | | Code | Diagnosis |
|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | | Pain in _____ |
| 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed |
| | Arthritis of | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | Bruise of | | ✓ | Possible Fracture of _____ | | 786.09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | Carcinoma of | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | OTHER _____ |
| 428.0 | Congestive Heart Failure | | | | | | |

PHYSICIAN'S SIGNATURE: _____

Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

NURSE'S SIGNATURE: Stewart
ORDERING PHYSICIAN: _____ (First) _____ (Last)   CODE
PHONE #: (   )

X-RAY #:   TECH: KsC
DATE: 5-17-06   #VIEWS: 3
ARRIVE TIME:   Q0092 # 1

RADIOLOGIST:   FAX: (334) 737-3574   DEPART TIME:   # PTS SEEN 1

PRELIMINARY REPORT:

AM