# Exhibit M
# Medical File
# X-Ray Report

## SOUTHERN RADIOLOGY SERVICES, LLC
## X-RAY REPORT

| | | | |
|---|---|---|---|
| DATE | LAST NAME | FIRST NAME | MI |
| 5/17/2006 | MARTINEZ | ANTONIO | |
| D.O.B. | SEX | FACILITY | |
| ▮▮▮▮▮ | M | LEE COUNTY JAIL | |
| ORDERING PHYSICIAN | | X-RAY NO. | |
| MCFARLAND | | MT9986 | |

**RIGHT HAND THREE VIEWS, 5/17/06**

**FINDINGS:** Osseous fragment seen along the base of the ring finger distal phalanx is noted. A similar fragment is seen along the base of the little finger distal phalanx. Soft tissue swelling is noted in conjunction with these fracture fragments. I see no evidence of dislocation on exam.

**IMPRESSION:** Small avulsion fractures along the posterior base of the ring finger and little finger distal phalanx with interarticular extension and mild soft tissue swelling. Dislocation is not identified.

_____

William Abbott, M.D./wbc

Dictated but not reviewed.
tt:   5/17/2006 9:18:40 PM
td:   5/17/2006 5:45:06 PM