# Exhibit N
# Medical File
# Record of Medical Examination dated June 7, 2006

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
(FORM #11)

**PART 1:**   To be completed by Corrections Staff.   (Please print clearly)

1. Inmate's name: _Martinez, Antonio_
2. Date: _06/07/06_
3. Time: _1000_
4. Reason treatment was needed: _Fx of Rt 4th + 5th finger_
5. Did Inmate request treatment? _Yes_ (If yes, place request form in Inmate's file if in writing)
6. Was inmate transported from the jail? _Yes_
7. If yes, to what location? _Dr. Hillyer @ Bld 18_
8. Was inmate treated at the jail? _Yes_
9. Who examined the inmate? _Dr. John McFarland_
10. Corrections Officer's name: _____ Signature: _____

**PART 2:**   To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/examination: _Fx 4 & 5th_ _Dr. Phil Whaley_
2. Prognosis: _Fair - Good_
3. Is additional treatment needed? _Yes_  If so, please specify if other than medication: _Had Surgery_
4. Medication prescribed: _Cmd. Motrin_
5. Special instructions for administration: _____
6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):
   _Splinting to protect_

   _[signature]_

Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)