**Exhibit O**
**Medical File**
**Notes dated June 9, 2006**

## NOTES

NAME: _Martinez, Antonio_    SS# ████████████

DOB: ████████    AGE: _48_    SEX: _M_    RACE: _H_

DRUG ALLERGIES: _Ø_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: Talked ē Dr. Hollyer's Office
PT for 6/13/06 ē food PT will
Change 6/12/06
14    11 am
help I/m ē exercise that are
able to Do ē home

PLAN: Appt ē PT 6/13/06

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _Stewart_    TITLE _LPN_    DATE _6/9/06_    TIME _11:00_