**Exhibit P**
**Medical File**
**Notes dated June 13, 2006**

## NOTES

NAME: *Martinez, Antonio*  SS#: ███

DOB: ███  AGE: 48  SEX: M  RACE: H

DRUG ALLERGIES: ∅  TETNUS: ___

NATURE OF PROBLEM OR REQUEST: *Follow-up from Dr. Hillyer*

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

---

### HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

**06/13/06    Lee County Detention Center    Antonio Martinez    #593038095**
This 48 YO Hispanic male saw Dr. Hillyer at the Orthopedic Clinic on 06/07/06. He thought that the fourth and fifth finger fractures were healing. He put him in a posterior splint for protection. He suggested continuation of Motrin. He has him in physical therapy and will follow him up.

**Physical Exam:** The posterior splint is held on by an Ace bandage. His fingers are not fully extended.
**Impression:** Fracture fourth and fifth fingers.
**Plan:** We will put him on Naprosyn 500 mg b.i.d. #30. Follow up with Dr. Hillyer. Recheck by us at anytime needed.

PLAN: *Naprosyn 500 BID #30*
       *f/u by Dr. Hillyer*

REFER TO: _____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____  TITLE: MD  DATE: 6-13-06  TIME: 0724

JOHN H MCFARLAND MD
AM8104894