**Exhibit Q**
**Medical File**
**Physical therapy notes**

# LEE COUNTY SHERIFF'S DEPARTMENT
## RECORD OF MEDICAL EXAMINATION
(FORM #11)

**PART 1:** To be completed by Corrections Staff. (Please print clearly)

1. Inmate's name: *Martinez, Antonio*
2. Date: *06/14/06 Again 6/15/06*
3. Time: *1100  Again @ 1400*
4. Reason treatment was needed: *P.T. at Dr. Hellyer's Office*

5. Did Inmate request treatment? *Yes* (If yes, place request form in Inmate's file if in writing)
6. Was inmate transported from the jail? *Yes*
7. If yes, to what location? *Dr. Hellyer's Office Bld. 18*
8. Was inmate treated at the jail? *Yes*
9. Who examined the inmate? *Dr. McFarland / Dr. Hellyer*
10. Corrections Officer's name: _____ Signature: _____

**PART 2:** To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/examination: _____
2. Prognosis: _____
3. Is additional treatment needed? _____ If so, please specify if other than medication: _____
4. Medication prescribed: _____
5. Special instructions for administration: _____
6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other): _____

_____
Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)

The Orthopaedic Clinic

6/19/06
2:00

Will Thames, OTR, ATC, CHT
Rehab Director

W.T. 6/21/06
C 1:00

762 East Glenn Avenue
Auburn, AL 36830
(334) 501-2290
Fax: (334) 501-2293

121 No. 20th St., Suite 18
Opelika, AL 36801
(334) 749-8303
Fax: (334) 364-2251

---

**Your Next Appointment** 364-2249

☐ Monday  ☐ Tuesday  ☐ Wednesday  ☑ Thursday  ☐ Friday

Date _6/15/06_

Time _1:00_

☑ Opelika   ☐ Auburn   ☐ Valley

---

The Orthopaedic Clinic

121 N. 20th St., #18
Opelika, AL 36803-2125
(334) 749-8303

10 Medical Park
Valley, AL 36854-3095
(334) 756-6146

762-A East Glenn Ave.
Auburn, AL 36830
(334) 501-2290

Patient Name: _Martinez, Antonio_

Patient Chart/Acct. #: _105537_

**PATIENT ID CARD**

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
(FORM #11)

**PART 1:** To be completed by Corrections Staff. (Please print clearly)

1. Inmate's name: Martinez, Antonio
2. Date: 6/21/06
3. Time: 2:00 pm
4. Reason treatment was needed: Physical Therapy

5. Did Inmate request treatment? Yes (If yes, place request form in Inmate's file if in writing)
6. Was inmate transported from the jail? Yes
7. If yes, to what location? Dr. Hillyer @ Ortho Clinic
8. Was inmate treated at the jail? Yes
9. Who examined the inmate? Dr. McFarland
10. Corrections Officer's name: _____ Signature: _____

**PART 2:** To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/ examination: Physical Therapy - ROM & strengthening
2. Prognosis: Good
3. Is additional treatment needed? Yes If so, please specify if other than medication:
   1-2 more PT visits to ↑ ROM + strength
4. Medication prescribed: ∅
5. Special instructions for administration: _____

6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):
   Con't per Dr. Hillyer's orders
   appt. Friday (w/ also m.d.)

   Will Thames, OTR, ATC, CHT
   Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)

6/21/06    2:00 pm    Will Thames

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
(FORM #11)

**PART 1:** To be completed by Corrections Staff. (Please print clearly)

1. Inmate's name: _Martinez, Antonio_
2. Date: _06/23/06_
3. Time: _1400_
4. Reason treatment was needed: _Physical Therapy_

5. Did Inmate request treatment? _Yes_ (If yes, place request form in Inmate's file if in writing)
6. Was inmate transported from the jail? _Yes_
7. If yes, to what location? _Dr. Hillyer's Office Ortho Clinic_
8. Was inmate treated at the jail? _No_
9. Who examined the inmate? _Dr. John McFarland_
10. Corrections Officer's name: _____ Signature: _____

**PART 2:** To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/examination: _PT - ROM, exercises, smooth [?]_
2. Prognosis: _STP - Good → Excellent_
3. Is additional treatment needed? _Yes_ If so, please specify if other than medication:
   _One more F/U visit prior to next MD visit._
4. Medication prescribed: _____
5. Special instructions for administration: _____

6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other):
   _Cont per Dr. Hillyer's orders_

   _____ OT/ATR, cert_
   Health Care Provider (Please print and give title, Re. M.D., R.N., D.D.S., etc.)

# LEE COUNTY SHERIFF'S DEPARTMENT
# RECORD OF MEDICAL EXAMINATION
(FORM #11)

**PART 1:** To be completed by Corrections Staff. (Please print clearly)

1. Inmate's name: Martinez, Antonio
2. Date: 6/28/06
3. Time: 3:00 pm
4. Reason treatment was needed: Physical therapy + Apt c̄ Dr. Hillyer
5. Did Inmate request treatment? yes (If yes, place request form in Inmate's file if in writing)
6. Was inmate transported from the jail? yes
7. If yes, to what location? Ortho Clinic
8. Was inmate treated at the jail? yes
9. Who examined the inmate? Dr. McFarland
10. Corrections Officer's name: _____ Signature: _____

**PART 2:** To be completed by person examining inmate. (Please print clearly)

1. Type of treatment/examination:
2. Prognosis: Closed fracture of Middle finger (R) hand
3. Is additional treatment needed? N/O If so, please specify if other than medication:
4. Medication prescribed: Ultram 50 mg #24
5. Special instructions for administration: ∅
6. Other special instructions (restrictions of diet, activity, work, etc; observation orders; other): ∅

Health Care Provider (Please print and give title) Re. M.D., R.N., D.D.S., etc.)

6/28/06   4:30 pm