**Exhibit R
Medical File
Notes dated July 6, 2006**

# NOTES

NAME: Martinez, Antonio   SS#: ~~[redacted]~~

DOB: ~~[redacted]~~   AGE: 48   SEX: M   RACE: H

DRUG ALLERGIES: NKA   TETNUS: _____

NATURE OF PROBLEM OR REQUEST: follow up after P.T. completed

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP _____ P _____ R _____ T _____ O2 _____

ASSESSMENT:

*dictation pending*

PLAN:

[signature]

REFER TO: ____ PA/PHYSICIAN ____ MENTAL HEALTH ____ DENTAL ____

SIGNATURE: John H McFarland MD   TITLE: M   DATE: 7-6-06   TIME: 1742

AMB 104894

Note: To Billy 7/10/06

07/06/06     Lee County Detention Center     Antonio Martinez

This 48 YO Hispanic male is doing his own therapy now, doing range of motion of his hand. He only hurts in his middle finger in the area of the proximal phalanx, MCPJ, and PIPJ. He says it doesn't hurt in the ring finger, 5th finger, or index finger.

**Physical Exam:** He can close his hand fairly well but not as well as the other side. Most of his problem is in his middle finger and not in his ring finger or 5th finger.

**Impression:** Healing fractures of the spinous continuouses.

**Plan:** Physical therapy exercises here. Dr. Hillyer gave him a prescription for Ultram to use prn. That will be available to him on a b.i.d. schedule. No other complaints at this time. Recheck as needed.