**Exhibit S**
**Medical File**
**Inmate Request Slips regarding Plaintiff's fingers**

## Lee County Detention Center
## INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ   Date: _____

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

NURSE GRIFFEN
I NEED SOME PAIN MEDICATION FOR MY HERNIA, AND ALSO FOR MY FINGERS BECAUSE THEY ARE BOTH HURTING PRETTY BAD.
THANKS FOR YOUR TIME

Do Not Write Below This Line - For Reply Only

5/18/06   Sent
Nurse Griffith

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

# Lee County Detention Center
# INMATE REQUEST SLIP

F-1
**LOCATION**

Name: ANTONIO MARTINEZ        Date: 05/24/06

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem      ☑ Other

Briefly Outline Your Request. Give To Jailer  NURSE STEWART
MY FINGERS ARE MESSED UP, AND THESE SPLINTS ARE NOT HELPING. THEY ARE THROBBING AND THEY HURT PRETTY BAD. SOMETHING NEEDS TO BE DONE TO FIX IT.
   THANKS FOR YOUR TIME.

Do Not Write Below This Line - For Reply Only

5/25/06  Splint re-done
Buddy tape  Dr. ___ Motrin
given     Appt. Made

Nurse Stewart

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy       ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ    Date: 05/26/06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer: NURSE STEWART OR GRIFFIN I NEED SOME MEDICATION FOR PAIN BECAUSE OF MY FINGERS AND MY HERNIA. THANKS FOR YOUR TIME IN THIS MATTER

Do Not Write Below This Line - For Reply Only

5/27/06 Motrin given 0800 pill call

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ    Date: 05-27-06

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem        ☒ Other

Briefly Outline Your Request. Give To Jailer

Nurse Stewart or Griffin I have two broken fingers wrapped in popsicle sticks, and my fingers are throbbing, I need some Motrin until you get my follow up with the doctor. Thanks for your time.

Do Not Write Below This Line - For Reply Only

5/28/06 Motrin sent
Nurse Griffin

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ    Date: 05/30/06

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem         ☐ Other

Briefly Outline Your Request. Give To Jailer   NURSE STEWART
I NEED SOME MEDICATION FOR MY FINGERS, AND I NEED FOR MY SPLIT TO BE CHANGED.
THANKS FOR YOUR TIME

Do Not Write Below This Line - For Reply Only

05/30/06  Ti motren given
the Slint fingers

Nurse St___

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
## INMATE REQUEST SLIP

F-1
**LOCATION**

Name: ANTONIO MARTINEZ            Date: 06-1-06

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer    NURSE STEWART

I NEED PAIN MEDICATION FOR A COUPLE OF DAYS FOR MY HERNIA AND FINGERS BECAUSE THEY HURT REAL BAD.
THANKS FOR YOUR TIME IN THIS MATTER

**Do Not Write Below This Line - For Reply Only**

6/2/06 sick call - A'd dressing/splints to (R) hand/fingers - washed area. Motrin given for pain.
Nurse Griffith

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
## INMATE REQUEST SLIP

LOCATION: C-1

Name: Antonio Martinez   Date: 6/02/06

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other (circled) — Nurse Green

Briefly Outline Your Request. Give To Jailer

I need some medication for pain because of my fingers and my hernia

Thanks for your time in this matters

**Do Not Write Below This Line - For Reply Only**

6/4/06 π TYE Sgt. address your request to Medical or Nurse. But if you put a particular name it's personal.

Nurse Stewart

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION C-1

Name: ANTONIO MARTINEZ   Date: 5/6/06

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer

NURSE STEWART or GRIFFIN
I need some medication for my fingers, and I need for my splint to be changed
Thank for your time

Do Not Write Below This Line - For Reply Only

6/5/06 Motrin 400mg given po for pain now + Splints Ad.
Nurse Griffith

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: F-1

Name: ANTONIO MARTINEZ   Date: 06-07-06

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem         ☑ Other

Briefly Outline Your Request. Give To Jailer

NURSE STEWART, I NEED MY POPSICLE STICKS CHANGED, MY FINGERS AREN'T BETTER AND I DON'T KNOW WHY I HAVEN'T BEEN TO SEE A BONE SPECIALIST, IT'S BEEN OVER A MONTH SINCE THIS HAPPENED. MY FINGERS HURT BAD. I NEED A COPY OF THIS. THANKS FOR YOUR TIME IN THIS MATTER. I NEED PAIN MEDICATION

Do Not Write Below This Line - For Reply Only

6/7/06 addressed at Ortho Clinic today. Dr. Hellyer.
Nurse Griffith

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: Q-1

Name: Antonio Martinez   Date: 06-08-06

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer   Nurse Griffin

I need some medication for pain because of my fingers and my hernia. I need some Motrin

Do Not Write Below This Line - For Reply Only

6/8/06 — Motrin sent

Nur Stewart (?)

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION **F-7**

Name **ANTONIO MARTINEZ**   Date **6-9-06**

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer

Dr Noe — I need some medication for my fingers

---

Do Not Write Below This Line - For Reply Only

6/09/06 — Motrin given

*Nurse [signature]*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Lee County Detention Center
# INMATE REQUEST SLIP

Name _Antonio Martinez_  Date _____  LOCATION _____

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer

_Need Motrin for pain - hand_

Do Not Write Below This Line - For Reply Only

_6/10/06 Motrin given — Nurse Griffith_
_CPOA_

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)