**Exhibit T**
**Medical File**
**Medication Sheet-Administration Records**
**from May 2006 through July 2006**

# MEDICATION SHEET - ADMINISTRATION RECORD
P & L FORMS #3021 (for A03 print programs)

May 2006

| Medications | Hour | 1-31 |
|---|---|---|
| Lortab 7.5 #6 BID 05/12/06 | 0800 / 2100 | Complete |
| Salt x ? | | |
| Motrin 400 mg BID x 5 days 5/18/06 | 0800 / 2100 | Complete |

| Day | AM | PM |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | LA |
| 13 | LA | LA |
| 14 | LA | LA |
| 15 | | |
| 16 | | |
| 17 | | LA |
| 18 | LA | AB |
| 19 | LA | AB |
| 20 | LA | DW |
| 21 | LA | DB |
| 22 | LA | JS |
| 23 | ML | |

Charting For: _____   Through: _____
Physician: _____
Alt. Phys.: D. King
Allergies: _____
Diagnosis: _____
Medicaid Number: _____   Medicare Number: _____
Complete Entries Checked By: Stewart   Title: _____   Date: _____
Telephone No.: _____
Alt. Telephone: _____
Rehabilitative Potential: _____
Admission Date: _____
Medical Record No.: _____
Resident: _____   Birth Date: _____   Resident Code: _____   Room No.: _____   Bed: _____   Facility Code: _____

# MEDICATION SHEET - ADMINISTRATION RECORD
P & L FORMS #3021 (for A03 print programs)

July 2006

| Medications | Hour | 1-31 |
|---|---|---|
| ultram 50mg 1 po BID #24 6/29/06  7/01/06 | 0800 / 2100 | |



Charting For: Through July 2006
Physician: McFarland

Resident: Martinez

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 *(for A03 print programs)*

| Medications | Hour |
|---|---|
| Noproxyn 500 mg #30 ÷ BID  6/13/06 | 0800 / 2100 |
| Ultram 50 mg ÷ BID  06/29/06  #24 | 0800 / 2100 |

Charting For: _____  Through: June 2006

Physician: Mc Farley
Alt. Phys.:
Allergies:
Rehabilitative Potential:
Diagnosis:
Admission Date:
Medicaid Number:
Medicare Number:
Complete Entries Checked: By: _____ Title: _____ Date:
Resident: _____   Birth Date:   Resident Code:   Room No.:   Bed:   Facility Code: