IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

ANTONIO MARTINZEZ
Plaintiff

vs.                              3:06-CV-480-MEF

SHERIFF JAY JONES, et al.
Defendants

## MOTION FOR EXTENSION OF TIME

Comes now Plaintiff, ANTONIO MARTINZEZ pro-se in the above style cause and moves this Honorable Court pursuant to rule 15, Rules FOR MULTIDISTRICT LITIGATION Under 28 U.S.C. subsection 1407, for an extension of time in (DOC. NOS. 12, 13) and Plaintiff show cause thereof in the following:

[1] Plaintiff avers that, Magistrate Judge Vanzetta Penn McPherson's August 17th 2006, Order instructing Plaintiff to anwser in response to defendants written report by September 5, 2006, will not allow Plaintiff enough time to locate needed

(1)

witness by mail or to research and prefect said response to defendants written report:

[ii.] Plaintiff avers, that he will need an extension of 28 days in order to obtain such affidavits and to adequetly prepair said pleadings, an extension from September 5, 2006 to October 3, 2006 is properly need to respond to defendants written report ( Doc. Nos. 12, 13)

[iii.] The defendant will not be prejudiced by this 28 day extension.

WHEREFORE Plaintiff Antonio Martinzez request this Honorable Court to grant him this much needed extension of time to file his response to the defendants written report and anwser on or before September 5, 2006

Respectfully Submitted

Antonio Martinzez
Plaintiff Pro-se

(2)

## Verification

I, Antonio Martinzez, swear under penilty of perjury that I have read the forgoing Motion for extension of time pursuant to Rules of Multidistrict Litigation under 28 U.S.C. §1407 Rule (15), and consider that the aforesaid motion is true and correct to the best of my beleif.

Respectfully
*Antonio Martinzez*
Antonio Martinzez
Pro-se Plaintiff.

STATE OF ALABAMA  §
MONTGOMERY COUNTY §

Sworn and Subscribed to me this 25th day of August, 2006
My Commission expires on 6-23-08

*[signature]*
NOTARY STATE OF ALABAMA at LARGE

(3)

## Certificate of Service

I, Antonio Martinzez, have on this day caused Copies of the forgoing Motion for extension of time to be served upon the offices of the following by placing same in the U.S. mail postage paid.

HON: Court Clerk
United States District Court
Middle District of Alabama
Eastern Division
PO Box 711
Montgomery AL. 36101

HON: Amanda Kay Morgan
Attorney for defendants
Webb and Eley P.C.
7475 Halcyon Pointe Drive
PO Box 240909
Montgomery AL. 36124

(4)