IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ANTONIO MARTINZEZ | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-480-MEF |
| SHERIFF JAY JONES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion for extension of time, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 15) is GRANTED; and

2. Plaintiff is GRANTED an extension from September 5, 2006 to October 3, 2006 to file his opposition.

Done this 5th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE