IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTONIO MARTINEZ, #247206 | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06cv480-MEF |
| | ) |
| SHERIFF JAY JONES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On October 12, 2006, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice.

Done this the 30th day of October, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE